### RLD. CO. v. GEORGE H. HOWARD.

*Per Curiam:* The judgment in this case is affirmed, on the authority of the case of the same plaintiff in error *v. James D. Riggs*, just decided.